**Order entered December 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01257-CV

### JOHN W. PRILLER, INDIVIDUALLY AND D/B/A JOHN PRILLER & ASSOCIATES, Appellant

### V.

### MORGAN COX, III AND DM FOREST CREEK LLC, Appellees

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-04089-2014**

## ORDER

We **GRANT** appellees' December 18, 2015 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than January 22, 2016.

/s/    CRAIG STODDART
           JUSTICE